In the Matter of GRANTIER NEVILLE.— Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law.

In the Matter of H. FARRINGTON YOUNG, an Attorney.— Resignation accepted and name stricken from roll of attorneys. Present — Marsh, J. P., Witmer, Gabrielli, Moule and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. THOMAS PAUL HARTLEY, Defendant.— Motion granted, judgment vacated and a new trial granted. Memorandum: The destruction of the court reporter's notes forecloses the defendant from having this court review all the evidence and rulings of the trial court. (*People* v. *Lomoso,* 284 App. Div. 670; *People* v. *Schwach,* 16 A D 2d 879; see *Waterman* v. *State of New York,* 13 A D 2d 619.)

In the Matter of MARGARET E. BRODINE, as Clerk of the City Court of the City of Jamestown.— Order for destruction of records entered. (Order entered Feb. 26, 1970.)

In the Matter of DONALD A. HARTER, as Herkimer County Clerk.— Order for destruction of records entered. (Order entered March 23, 1970).